# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

BITCO GENERAL INSURANCE CORPORATION,   )
       )
      Plaintiff,       )
       )
v.       )  No.: 2:23-cv-00168-ABJ
       )
WATER SYSTEM DRILLING, INC., et al,   )
       )
      Defendants.   )

## RULE 41 (a)(1)(A)(ii) NOTICE OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, as follows:

1.     BITCO General Insurance Corporation ("BITCO General") filed the present declaratory judgment action concerning insurance coverage obligations in connection with an underlying lawsuit filed against Water System Drilling, Inc. ("WSD").  WSD filed a Counterclaim in this action.

2.     The underlying lawsuit has now been resolved and the dispute between BITCO General and WSD has been resolved pursuant to a settlement agreement, therefore, this action is no longer necessary.

3.     Accordingly, BITCO General and WSD hereby dismiss all of their claims per FRCP 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Respectfully submitted,

BITCO GENERAL INSURANCE CORPORATION

By: */s/ John A. Husmann*

One of Its Attorneys

John A. Husmann
jhusmann@batescarey.com
BATESCAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL  60606
Telephone: (312) 762-3100
Fax: (312) 762-3200

WATER SYSTEM DRILLING, INC.

By: */s/ Jason M. Smiley*

Jason M. Smiley
jsmiley@gpna.com
Gunderson Palmer Nelson Ashmore LLP

2

506 Sixth Street
Rapid City, SD  57709
Phone: (605) 342-1078
Fax:  (605) 342-9503

8560771