**FILED**

*10:04 am, 1/10/25*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

BITCO GENERAL INSURANCE
CORPORATION,

       Plaintiff,

  VS.

WATER SYSTEM DRILLING, INC., et
al,

       Defendants,

Case No.  23-CV-168-ABJ

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court upon Plaintiff's Rule 41 (a)(1)(A)(ii) Notice of Voluntary Dismissal.

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed in its entirety, with each party to bear its own fees and costs.

Dated this __10th__ day of January, 2025.

_____
Alan B. Johnson
United States District Judge